UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br><br>v.<br><br>DDM BRANDS, LLC, et al.,<br>*Defendants*. | § § § § § § § § § | CASE NO. 2:15-cv-1779-RWS<br><br>LEAD CASE |
| BLUE SPIKE, LLC,<br>*Plaintiff*,<br><br>v.<br><br>BEIJING XIAOMI TECHNOLOGY CO.,<br>LTD., et al.,<br>*Defendant*. | § § § § § § § § § § | CASE NO. 2:15-cv-1785<br><br>CONSOLIDATED CASE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), recognizing the Notice of Voluntary Dismissal of Defendants Beijing Xiaomi Technology Co., Ltd. and Shenzhen Tomtop Technology Technology Co., Ltd. filed by plaintiff Blue Spike, LLC, the Court hereby **ORDERS** that Plaintiff Blue Spike, LLC's claims against Beijing Xiaomi Technology Co., Ltd. and Shenzhen Tomtop Technology Technology Co., Ltd. are dismissed without prejudice. Each party will bear all its own attorney's fees in this case.

The *Markman* hearing previously scheduled for January 4, 2017 is **CANCELLED**.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court will **CLOSE** Case Nos. 2:15-cv-1179-RWS and 2:15-cv-1785.

**So ORDERED and SIGNED this 4th day of January, 2017.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE